## O. L. KERR v. STATE OF NEBRASKA.

FILED FEBRUARY 14, 1930. No. 27268.

*J. G. Thompson* and *B. B. Webber,* for plaintiff in error.

*C. A. Sorensen, Attorney General,* and *Clifford L. Rein, contra.*

Heard before GOSS, C. J., DEAN, GOOD, THOMPSON, EBER-LY and DAY, JJ., and PAINE, District Judge.

PER CURIAM.

This is a proceeding in error brought to this court by O. L. Kerr, for a review of the judgment of the district court for Harlan county wherein he was convicted of the crime of incest.

We have carefully examined the record and find it to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.